IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08 CV 550

| | |
|---|---|
| ZEP, INC., | ) |
|     Plaintiff | ) |
| V | )     **ORDER** |
| MIDWEST MOTOR SUPPLY CO., INC., d/b/a KIMBALL MIDWEST; STEVEN LAVE; and SAMUEL TRANTHAM, | ) |
|     Defendants | ) |

**THIS MATTER** is before the court on William E. Cannon, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Megan K. Ouzts. It appearing that Megan K. Ouzts is a member in good standing with the Georgia Bar and will be appearing with William E. Cannon, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that William E. Cannon, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#36) of Megan K. Ouzts is **GRANTED**, and that Megan K. Ouzts is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with William E. Cannon, Jr.

Signed: January 26, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge